IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY MAXXIZZINE JONES,

    Petitioner,             No. CIV S-05-1067 GEB GGH P

    vs.

GLORIA A. HENRY, et al.,

    Respondent.         <u>ORDER</u>

_____/

        On October 7, 2005, the parties filed a joint scheduling statement. Good cause appearing, the court makes the following orders:

        1. Within ninety days of the date of this order, petitioner shall file either an amended petition or a statement which identifies both exhausted and unexhausted claims, demonstrates good cause for having failed to exhaust state court remedies as to any claims, and any intention to pursue unexhausted claims;

/////
/////
/////
/////
/////

2.  If petitioner files an amended petition, respondent's response is due sixty days thereafter; petitioner's reply is due thirty days thereafter; any request for an evidentiary hearing and any motion for discovery shall be filed with the traverse.

DATED: 10/31/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
jon1067.sch