IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRACY MAXXIZZINE JONES, | | |
| | Petitioner, | No. CIV S-05-1067 GEB GGH P |
| | vs. | |
| GLORIA A. HENRY, et al., | | <u>ORDER AND</u> |
| | Respondents. | <u>FINDINGS AND RECOMMENDATIONS</u> |
| _____/ | | |

   Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is respondent's February 23, 2007, request to stay proceedings pending the Ninth Circuit Court of Appeals' determination regarding whether to permit interlocutory appellate review. For the following reasons, the court recommends that respondent's request be granted.

   On February 12, 2007, Judge Burrell certified for interlocutory appeal the issue of whether petitioner's habeas petition violates the statute of limitations. An application for an interlocutory appeal does not stay proceedings in the district court unless the district judge or the Court of Appeals so orders. 28 U.S.C. § 1292(b).

   "A district court has inherent discretion to control the disposition of the causes on its docket in manner which will promote economy of time and effort for itself, counsel, and for

1

1 litigants." Filtrol Corp. v. Kelleher, 467 F.2d 242, 244 (9th Cir. 1972).  Because the issue before
2 the Ninth Circuit may be dispositive of this action, a stay of proceedings at this point will
3 promote economy of time and effort for both the parties and the court.  Accordingly, the court
4 recommends that respondent's request to stay proceedings be granted.

5        Accordingly, IT IS HEREBY ORDERED that petitioner's February 22, 2007,
6 motion to supplement the record is vacated; the March 29, 2007, hearing regarding this motion is
7 vacated;

8        IT IS HEREBY RECOMMENDED that:

9        1. Respondent's February 23, 2007, request to stay be granted;

10        2. This action be stayed pending the Ninth Circuit Court of Appeals'
11 determination regarding whether to permit interlocutory appellate review; respondent notify the
12 court within ten days of the Ninth Circuit's decision.

13        These findings and recommendations are submitted to the United States District
14 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
15 days after being served with these findings and recommendations, any party may file written
16 objections with the court and serve a copy on all parties.  Such a document should be captioned
17 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
18 shall be served and filed within ten days after service of the objections.  The parties are advised
19 that failure to file objections within the specified time may waive the right to appeal the District
20 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

21 DATED: 3/13/07

22        /s/ Gregory G. Hollows

23        UNITED STATES MAGISTRATE JUDGE

25 jo1067.sta