IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY MAXXIZZINE JONES,

    Petitioner,                    No. CIV S-05-1067 GEB GGH P

    vs.

GLORIA A. HENRY, et al.,

    Respondents.                <u>ORDER</u>

_____/

        On October 25, 2006, Judge Burrell denied respondent's motion to dismiss and ordered respondent to file a response to the petition within thirty days. On February 12, 2007, Judge Burrell certified for interlocutory appeal the issue of whether petitioner's habeas petition violates the statute of limitations. On March 13, 2007, the court recommended that this action be stayed pending the Ninth Circuit Court of Appeals' determination regarding whether to permit interlocutory appellate review. On April 11, 2007, the Ninth Circuit denied the petition for permission to appeal.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The March 13, 2007, findings and recommendations are vacated;

/////

/////

1

2. Within thirty days of the date of this order, respondent shall file a response to the petition; petitioner's reply is due thirty days thereafter.

DATED: 5/11/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

jo1067.vac