IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRACY MAXXIZZINE JONES,** | CIV S-05-1067 GEB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **GLORIA A. HENRY, et. al.,** | |
| Respondent. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's application for a 30-day enlargement of time is granted. An answer to the petition for writ of habeas corpus shall be filed on or before July 11, 2007.

Dated: 6/13/07                                /s/ Gregory G. Hollows

_____
The Honorable Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

jo1067.eot

[Proposed] Order

1