UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MAXXIZZINE JONES, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> GLORIA HENRY, ) <br> ) <br> Warden ) <br> ) <br> ) <br> Respondent. ) <br> _____ ) | CIV S -05- 01067- GEB GGH <br><br> ORDER <br> GRANTING EXTENSION OF TIME <br> TO FILE REPLY AND ASSOCIATED <br> PLEADINGS <br><br><br> (28 U.S.C. §2254) |

For the reasons stated in the petitioner's Motion for Extension of Time to File Reply and Associated Pleadings, IT IS ORDERED that the petitioner shall file a reply no later than September 10, 2007. As set forth in this court's previous scheduling order, any request for an evidentiary hearing and any motion for discovery shall be filed with the reply.

DATED: 8/8/07                                     /s/ Gregory G. Hollows
                                                             _____
                                                             U.S. Magistrate Judge

jo1067.eot(2)