IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY MAXXIZZINE JONES,

    Petitioner,            No. CIV S-05-1067 GEB GGH P

    vs.

GLORIA HENRY,

    Respondent.          ORDER

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 25, 2007, a hearing was held regarding petitioner's motions for evidentiary hearing and discovery. Stephanie Adraktas appeared on behalf of petitioner. Mark Johnson appeared on behalf of respondent.

        Petitioner seeks leave to discover all documents and records regarding the proceedings at issue in this case that were provided to trial counsel by the Sacramento County District Attorney's Office. Good cause appearing, this request is granted. Rule 6, Federal Rules Governing Section 2254 Cases. Petitioner's motion for an evidentiary hearing is vacated without prejudice to its renewal following discovery.

/////

/////

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. Petitioner's September 9, 2007, motion for an evidentiary hearing is vacated 3 without prejudice to its renewal following discovery;

4     2. Petitioner's September 9, 2007, motion for discovery is granted; within thirty 5 days of the date of this order, petitioner shall serve the subpoenas necessary to obtain the 6 requested discovery.

7 DATED: 11/14/07

                              /s/ Gregory G. Hollows

                              UNITED STATES MAGISTRATE JUDGE

10 jo1067.ord