IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY MAXXIZZINE JONES,

       Petitioner,                No. CIV S-05-1067 GEB GGH P

   vs.

GLORIA HENRY,

       Respondent.          ORDER

_____/

        IT IS HEREBY ORDERED that the February 28, 2008, date for petitioner's motion to compel discovery is vacated; petitioner's motion is rescheduled for hearing on March 27, 2008, at 10:00 a.m.

DATED: 03/03/08

                          /s/ Gregory G. Hollows

                          UNITED STATES MAGISTRATE JUDGE

jo1067.ord

1