IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY MAXXIZZINE JONES,

    Petitioner,                    No. CIV S-05-1067 GEB GGH P

    vs.

GLORIA HENRY,

    Respondent.                  <u>ORDER</u>

_____/

        On May 29, 2008, a hearing was held regarding petitioner's April 15, 2008, motion for discovery. Stephanie Adraktas appeared on behalf of petitioner. Respondent did not file an opposition to the motion, nor did respondent's counsel appear at the hearing.

        Good cause appearing, petitioner's motion is granted. Rule 6, Rules Governing Section 2254 Cases.

        Accordingly, IT IS HEREBY ORDERED that petitioner's April 15, 2008, motion for discovery (# 78) is granted.

DATED: 06/30/08

                                /s/ Gregory G. Hollows

                                UNITED STATES MAGISTRATE JUDGE

jo1067.sub