IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY MAXXIZZINE JONES,

    Petitioner,        No. CIV S-05-1067 GEB GGH P

  vs.

GLORIA A. HENRY,

    Respondent.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding with appointed counsel filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Ninth Circuit issued an order on December 7, 2011, that affirmed and remanded this case and then denied a motion for rehearing on February 3, 2012. The Circuit remanded the case to the District Court to stay the case pending the outcome of an appeal in state court on similar issues. Before a stay is issued the court would like to be informed of the status of the related state court appeal and how it is proceeding.

        According, IT IS HEREBY ORDERED that petitioner shall inform the court within 21 days of the status of the related state court appeal.

DATED: February 8, 2012

                            /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

GGH:AB - jone1067.ord